JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEILYN-LORENZ ELLIS,

Plaintiff,

v.

SHANNON FAHERTY, ET AL.,

Defendants.

Case No. 5:25-cv-01245-MEMF-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 9, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE